UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Laurence Sterrett                                                    Case No. 10-78781
                                                                     Hon. Shefferly
               Debtor                                               Chapter 13
_____/

### Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. __x__ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ____ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections:

    Creditor # 1:
    Objections:
    Issues:

3. ___ Request an adjournment of the confirmation hearing to a date after August 1, 2011 to resolve pending lien strip adversary complaint. Debtor anticipates resolving all of the trustee objections via the Order confirming plan once the adversary is concluded.

4. ___ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

                                           Respectfully Submitted,

                                           **MIKE DILAURA & ASSOCIATES, P.C.**

Dated: August 9, 2011                          ___/S/ Michael DiLaura_____
                                                   Michael P. DiLaura (P63958)
                                                   Attorneys for Debtor
                                                   105 Cass Avenue
                                                   Mt. Clemens, MI 48043
                                                   (586) 468-5600
                                                   Email: miked@mikedlaw.com